UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID JAMES SHAW,<br>Defendant. | Case No.: 26mj420<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about December 2, 2025, within the Southern District of California, defendant DAVID JAMES SHAW knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

ARNESHA B BAHN
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26th day of January 2026.

HON. BRIAN J. WHITE
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 2, 2025, at approximately 4:30 p.m., Officers with the San Diego Police Department were patrolling the area near 6348 College Grove Way, which is within the Southern District of California. The Officers observed a male later identified as DAVID JAMES SHAW standing near the front of a Ford SUV and the hood of the Ford was opened. SHAW's back was to the patrolling Officers as he appeared to be performing maintenance in the hood area of the Ford.

As Officers passed SHAW, they observed a black revolver with a brown grip inside a firearm holster in the middle of SHAW's back. The Officers exited their patrol vehicle, identified themselves to SHAW, and told him to turn around with his hands on his head. SHAW was not compliant and began walking back to his Ford vehicle. SHAW told the Officers the gun they saw on his belt was a "bb gun." SHAW was ultimately detained and a records search revealed he was a felon and prohibited from possessing any firearms. The firearm in the holster on SHAW's back was determined to be a .22 caliber Arminius revolver bearing serial number 150357 and loaded with eight .22 caliber bullets. In addition to the firearm in the holster, SHAW was wearing a fannypack containing 46 additional rounds of .22 caliber ammunition.

Records checks on SHAW revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 10/7/2016 | CASC – Woodland | Cal. P.C. §459—Burglary (Felony) | 240 Days Jail; 3 Years Probation |

The Arminius firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.